Lonnie R. Henderson
Name

P.O. Box 2

Lansing, KS 66043
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Lonnie R. Henderson, Plaintiff
(Full Name)

V.

Stormont Vail Reg. Med. Cen., Defendant(s)

CASE NO. 18-3179-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Lonnie R. Henderson (Plaintiff), is a citizen of Kansas (State) who presently resides at Lansing Correctional Facility, P.O. Box 2, Lansing, KS 66043 (Mailing address or place of confinement.)

2) Defendant Stormont Vail Regional Medical Center (Name of first defendant) is a citizen of Topeka, Kansas (City, State), and is employed as _____. (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983                                1

3) Defendant _____ is a citizen of
               (Name of second defendant)

_____, and is employed as
               (City, state)

_____. At the time the
               (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

I, Lonnie Henderson, checked into the Stormont Vail Regional Medical Center between the hours of 5:00-6:00 am on 8-2-16 for hallucinations. The staff ran several tests, as well as a toxicology report that revealed that I was under the influence of several narcotics, including cocaine, meth, and marijuana. The staff discharged me from their care even though at the time of discharge I was still hallucinating, which is stated in their toxicology report, which I plan to subpoena, along with the name of the staff who signed it. The effect of my being discharged before I was stable was my commissioning of a crime, mainly because of the psychosis I was still experiencing. This should have been prevented had the staff acted with reasonable diligence. The nurses did not comply with the Dr.'s orders which ordered that I was to remain hospitalized for another 8 hours. It was upon my premature release, against the orders of the Dr, that I commissioned the crime that I am now incarcerated for.

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: <u>Medical Negligence</u>

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): <u>Plaintiff reported to Stormont Vail experiencing hallucinations and under the influence of several narcotics. A toxicology report verified cocaine, meth, and marijuana in plaintiff's system. Plaintiff treated with vallium only. While plaintiff was still hallucinating and under the influence of narcotics, and against doctor's orders, nurses discharged plaintiff from hospital. Within one hour, Plaintiff's hallucinations and influence of narcotics led him to commit several crimes.</u>

   B) (1) Count II: <u>Medical Malpractice</u>

   (2) Supporting Facts: <u>Same as count 1. After reviewing the toxicology report, the attending doctor ordered plaintiff to remain hospitalized for an additional 8 hours. Nurses disregarded these orders and discharged plaintiff. Within one hour, Plaintiff's hallucinations and influence of narcotics led him to commit several crimes.</u>

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

        _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

        _____

    d) Issues raised _____

        _____

    e) Approximate date of filing lawsuit _____

    f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

*Plaintiff's resources and energy were directed completely at defending himself in his criminal case.*

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

*Exemplary damages, including current economic loss ($17,592), loss of liberty ($60,000/year), and future economic loss ($8,796/year), continued loss of liberty ($60,000/year). Punitive damages of ($1,000,000).*

_____       _[signature]_
Signature of Attorney (if any)          Signature of Plaintiff

_____
(Attorney's full address and telephone number)